

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:   *Jetall Companies, Inc. v. Mike Johanson and T. Michael Ballases*

Appellate case number:   01-19-00305-CV

Trial court case number:   2018-59629

Trial court:   333rd District Court of Harris County

      Appellant Jetall Companies, Inc. filed a motion for en banc reconsideration of this Court's November 3, 2020 opinion. The motion for reconsideration en banc is **denied**.

      It is so ORDERED.


Judge's signature: /s/ Terry Adams
                 Acting for the Court


En Banc Court consists of Chief Justice Radack, and Justices Keyes, Lloyd, Kelly, Goodman, Landau, Hightower, Countiss, and Adams.

Date:   December 17, 2020